UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida not for profit corporation, and BONNIE KRAMER, Individually, | : <br> : <br> : <br> : |
| Plaintiffs, | :     Case No. 1:07-cv-6351 |
| vs. | : |
| | :     Judge Suzanne B. Conlon |
| GENERAL GROWTH PROPERTIES, INC., A Delaware Corporation, | : <br> : <br> : |
| Defendant. _____/ | : <br> : |

**FED.R.CIV.P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and by and through counsel, Plaintiff, DISABLED PATRIOTS OF AMERICA, INC., hereby represents that it has no corporate or other parents, subsidiaries, or affiliates, securities or other interests which are publicly-held.

Respectfully Submitted,


By: /s/ Thomas B. Bacon, Esq.
    Thomas B. Bacon, Esq.

Date: November 30, 2007

| | |
|---|---|
| Thomas B. Bacon <br> Attorney-At-Law <br> 1515 Grant St. <br> Hollywood, FL 33020 <br> N.D. Il. No. tbaco0771 <br> ph. (954) 925-6488 <br> fax (954) 237-5506 <br> baconlaw@bellsouth.net | Jonathan E. Lerner, Esq. <br> P.O. Box 694 <br> Wilmette, IL 60091 <br> 847-271-2360 <br> fx 847-256-3038 <br> jlernerlaw@aol.com <br> Ill Bar. Id No. 1622242 |
| Lead Counsel For Plaintiffs | Local Counsel for Plaintiffs |