# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6351 | **DATE** | 12/6/2007 |
| **CASE TITLE** | DISABLED PATRIOTS OF AMERICA, INC ET AL vs. GENERAL GROWTH PROPERTIES, INC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 1/8/08 @ 9:00 a.m. Counsel shall notify defendant in writing of status hearing.

*Suzanne B. Conlon*

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|