IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.,** a Florida Not-For-Profit Corporation, and **BONNIE KRAMER, Individually,** | : Case No.: 1:07-cv-06351 : : Suzanne B. Conlon : |
| **Plaintiffs,** v. **GENERAL GROWTH PROPERTIES, INC., A** Delaware Corporation, **Defendant.** | : : **PLAINTIFFS'** : **NOTICE OF PENDENCY OF** : **OTHER ACTIONS** : : : : |

    Plaintiffs, DISABLED PATRIOTS OF AMERICA, INC., and BONNIE KRAMER, hereby certify to this Court that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

                Respectfully Submitted,

                *Counsel for Plaintiffs*
                Jonathan E. Lerner, Esq.
                P.O. Box 694
                Wilmette, IL 60091
                847-271-2360
                fx 847-256-3038
                email jlernerlaw@aol.com
                Ill Bar. Id No. 1622242

                Thomas B. Bacon, Esq.
                Attorney-At-Law
                1515 Grant Street
                Hollywood, FL 33020
                ph. (954) 925-6488
                fax (954) 237-5506
                baconlaw@bellsouth.net

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esquire

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the persons listed below electronically this December 19, 2008:

Ronnie Fernandez, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esquire