UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC., )
a Florida not for profit corporation, and )
BONNIE KRAMER, individually, )
)
      Plaintiffs, )   **Court No. 07 C 6351**
)
vs. )
)   **Judge Conlon**
)   **Magistrate Judge Ashman**
GENERAL GROWTH PROPERTIES, INC., a )
Delaware corporation, )
)
      Defendant. )
_____ /

## NOTICE OF MOTION

TO:   Jonathan E. Lerner, Esq.   Thomas B. Bacon, Esq.
*Attorney for Plaintiffs*   *Attorney for Plaintiffs*
P.O. Box 694   1515 Grant Street
Wilmette, IL 60091   Hollywood, FL 33020
Telephone (847)271-2360   Telephone (954) 925-6488
Facsimile (847)256-3038   Facsimile (954) 237-5506 baconlaw@bellsouth.net
jlernerlaw@aol.com
Ill Bar. Id No. 1622242

     PLEASE TAKE NOTICE that on December 26, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne B. Conlon, or any Judge that may be sitting in her place and stead, in Courtroom 1743, at the Dirksen Building, Chicago, Illinois, 60604 and present the **Stipulated Motion of Defendant for Extension of Time Within Which to Serve its Response to Plaintiffs' Complaint**, a copy of which is attached and hereby served upon you.

                                                     s/ José A. Isasi, II
                                                   *One of the Attorneys for Defendant*
                                                   *General Growth Properties, Inc.*

José A. Isasi, II
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone: (312) 476-5127
Facsimile (312) 899-0362
Email: isasij@gtlaw.com

*MIA 179,841,336v1*

## CERTIFICATE OF SERVICE

I, José A. Isasi, II, an attorney, hereby certify that on December 19, 2007, I electronically filed Defendant's **Stipulated Motion of Defendant for Extension of Time Within Which to Serve its Response to Plaintiffs' Complaint** with the Clerk of the Court using CM/ECF. I also certify that the above-referenced document is being served this day on all counsel of record or listed below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

| | |
|---|---|
| Jonathan E. Lerner, Esq.<br>*Attorney for Plaintiffs*<br>P.O. Box 694<br>Wilmette, IL 60091<br>Telephone (847)271-2360<br>Facsimile (847)256-3038<br>jlernerlaw@aol.com<br>Ill Bar. Id No. 1622242 | Thomas B. Bacon, Esq.<br>*Attorney for Plaintiffs*<br>1515 Grant Street<br>Hollywood, FL 33020<br>Telephone (954) 925-6488<br>Facsimile (954) 237-5506<br>baconlaw@bellsouth.net |

                                                   s/ José A. Isasi, II
                                                   José A. Isasi, II