# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6351 | DATE | 12/13/2007 |
| CASE TITLE | DISABLED PATRIOTS OF AMERICA, INC., ET AL vs. GENERAL GROWTH PROPERTIES, INC. | | |

On the court's own motion, the status hearing set on 1/8/08 is reset on 1/10/08 @ 9:00 am.

*Suzanne B. Conlon*

Docketing to mail notices.

2007 DEC 21 PH 5:18
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | WH |
|---|---|---|