# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida not for profit corporation, and
BONNIE KRAMER, Individually,

        Plaintiffs,

vs.

GENERAL GROWTH PROPERTIES, INC., A
Delaware Corporation,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07C 6351**

JUDGE CONLON

MAGISTRATE JUDGE ASHMAN

To: (Name and address of defendant)

GENERAL GROWTH PROPERTIES, INC.
c/o
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Thomas B. Bacon
Attorney-At-Law
1515 Grant St.
Hollywood, FL 33020

Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Clerk

_(signature)_
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

NOV 0 8 2007
Date

AO 440 (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the original notice & petition was made by me<sup>(1)</sup> | DATE<br>12/3/2007 @ 10:00 a.m. |
| NAME OF SERVER *(PRINT)*<br>**Carmen J. Verderamo** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X]   Served personally upon the defendant by serving **Mary Drummond, registered agent, c/o Corporation Service Co., 2711 Centerville Road, Suite 400, Wilmington, DE 19808**

**29, F, W, 5'6", 110 pounds, black hair, no glasses**

[ ]   Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]   Returned unexecuted:

[ ]   Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   __12/4/2007__
                        Date

*Carmen J. Verderamo* (signature)
Carmen J. Verderamo

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
**1225 King Street, Suite 400**
**P. O. Box 368**
**Wilmington, DE  19899-0368**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure