# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6351 | DATE | 12/26/2007 |
| CASE TITLE | DISABLED PATRIOTS OF AMERICA, INC, et al vs. GENERAL GROWTH PROPERTIES, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's stipulated motion [12] for extension of time within which to serve its response to plaintiff's complaint is entered and continued to 1/10/08 @ 9:00 am.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|