# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6351 | **DATE** | 1/10/2008 |
| **CASE TITLE** | DISABLED PATRIOTS OF AMERICA, INC, ET AL vs. GENERAL GROWTH PROPERTIES, INC. | | |

**DOCKET ENTRY TEXT**

Motion and status hearings held. Defendant's motion [12] for extension of time within which to serve its response to plaintiffs' complaint is granted. Defendant shall answer or otherwise plead by 1/23/08. Parties shall comply with FRCP 26(a)(1) by 2/15/08. Report on settlement is set on 2/27/08 @ 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cv-06351   Document 19   Filed 01/10/2008   Page 1 of 1

07C6351 DISABLED PATRIOTS OF AMERICA, INC, ET AL vs. GENERAL GROWTH PROPERTIES, INC.   Page 1 of 1