UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC.,  )
a Florida not for profit corporation, and  )
BONNIE KRAMER, individually,  )
                              )
      Plaintiffs,  )  **Court No. 07 C 6351**
                              )
vs.  )
                              )  **Judge Conlon**
GENERAL GROWTH PROPERTIES, INC.,  )  **Magistrate Judge Ashman**
a Delaware corporation,  )
                              )
      Defendant.  )
_____)

## MOTION TO WITHDRAW APPEARANCE

NOW COMES José A. Isasi, II of Greenberg Traurig, LLP, attorney for General Growth Properties, Inc. ("Defendant"), and for his motion to withdraw his appearance in this matter, states as follows:

1.     José A. Isasi, II of Greenberg Traurig, LLP, 77 West Wacker Drive, Suite 2500, Chicago, Illinois 60601, represent Defendant in the above-captioned matter.

2.     Defendant no longer requires the active representation of José A. Isasi, II of Greenberg Traurig, LLP in this matter. John D. Silk of the law firm of Rothschild, Barry & Meyers, LLP has entered an appearance on behalf of Defendant in this matter, and will assume full responsibility as counsel for Defendant.

3.     Defendant has consented to this withdrawal. Permitting this counsel to withdraw his appearance on behalf of Defendant at this time will cause no prejudice to Defendant or delay these proceedings as alternate counsel has previously filed an appearance in this matter.

WHEREFORE, José A. Isasi, II of Greenberg Traurig, LLP, attorney for Defendant General Growth Properties, Inc., respectfully requests that this Court permit his Appearance to be withdrawn and that he be allowed to cease representing General Growth Properties, Inc. in the above-entitled cause.

Dated: January 22, 2008                              Respectfully submitted,


                                                      s/ José A. Isasi, II
                                                     *Counsel for Defendant*


Greenberg Traurig, LLP
José A. Isasi, II
Email: isasij@gtlaw.com
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone: (312) 476-5127
Facsimile (312) 899-0362

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

s/ José A. Isasi, II
José A. Isasi, II

## SERVICE LIST
Disabled Patriots of America, Inc. et al. v. General Growth Properties, Inc.
Case No. 07CV6351
Judge Conlon/Mag. Judge Ashman
United States District Court, Northern District of Illinois

Jonathan E. Lerner, Esq.
*Attorney for Plaintiffs*
P.O. Box 694
Wilmette, IL 60091
Telephone (847)271-2360
Facsimile (847)256-3038
jlernerlaw@aol.com
Ill Bar. Id No. 1622242

-and-

Thomas B. Bacon, Esq.
*Attorney for Plaintiffs*
1515 Grant Street
Hollywood, FL 33020
Telephone (954) 925-6488
Facsimile (954) 237-5506
baconlaw@bellsouth.net

John D. Silk, Esq.
Rothschild, Barry & Myers, LLP
55 West Monroe Street
Suite 3900
Chicago, IL 60603
Telephone: (312) 372-2345
Facsimile: (312) 372-2350
silk@rbmchicago.com

3