UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida not for profit corporation, and BONNIE KRAMER, individually,<br><br>　　　　Plaintiffs,<br>vs.<br><br>GENERAL GROWTH PROPERTIES, INC., a Delaware corporation,<br><br>　　　　Defendant. | **Court No. 07 C 6351**<br><br>**Judge Conlon**<br>**Magistrate Judge Ashman** |

## NOTICE OF MOTION

TO:　Jonathan E. Lerner, Esq.　　　　John D. Silk, Esq.
　　　P.O. Box 694　　　　　　　　　　Rothschild, Barry & Myers, LLP
　　　Wilmette, IL 60091　　　　　　　55 West Monroe Street
　　　jlernerlaw@aol.com　　　　　　　Suite 3900
　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　silk@rbmchicago.com
　　　Thomas B. Bacon, Esq.
　　　1515 Grant Street
　　　Hollywood, FL 33020
　　　baconlaw@bellsouth.net

　　　PLEASE TAKE NOTICE that, on Wednesday, January 30, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne Conlon or any other judge sitting in her stead, in Room 1743 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached *Motion to Withdraw Appearance,* a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　General Growth Properties, Inc.


　　　　　　　　　　　　　　　　　　　　　　　By:_s/ José A. Isasi, II_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
Greenberg Traurig, LLP
José A. Isasi, II
Email: isasij@gtlaw.com
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 476-5127
Facsimile (312) 899-0362

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

s/ José A. Isasi, II
José A. Isasi, II

### SERVICE LIST
Disabled Patriots of America, Inc. et al. v. General Growth Properties, Inc.
Case No. 07CV6351
Judge Conlon/Mag. Judge Ashman
United States District Court, Northern District of Illinois

Jonathan E. Lerner, Esq.
*Attorney for Plaintiffs*
P.O. Box 694
Wilmette, IL 60091
Telephone (847)271-2360
Facsimile (847)256-3038
jlernerlaw@aol.com
Ill Bar. Id No. 1622242

-and-

Thomas B. Bacon, Esq.
*Attorney for Plaintiffs*
1515 Grant Street
Hollywood, FL 33020
Telephone (954) 925-6488
Facsimile (954) 237-5506
baconlaw@bellsouth.net

John D. Silk, Esq.
Rothschild, Barry & Myers, LLP
55 West Monroe Street
Suite 3900
Chicago, IL 60603
Telephone: (312) 372-2345
Facsimile: (312) 372-2350
silk@rbmchicago.com