# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6351 | **DATE** | 1/30/2008 |
| **CASE TITLE** | DISABLED PATRIOTS OF AMERICA, INC, ET AL vs. GENERAL GROWTH PROPERTIES, INC. | | |

**DOCKET ENTRY TEXT**

Jose A. Isasi's motion [20] to withdraw his appearance for defendant is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|