UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC., a )
Florida not for profit corporation, and BONNIE )
KRAMER Individually, )
                           ) No.  07 CV 6351
         Plaintiffs, )
                           ) Judge Conlon
v. )
                           ) Magistrate Judge Ashman
GENERAL GROWTH PROPERTIES, INC., a )
Delaware corporation. )
                           )
         Defendant )

**AGREED MOTION FOR CONTINUANCE**

Now Come the Parties, Disabled Patriots of America, Inc. and Bonnie Kramer, Plaintiffs and

General Growth Properties, Inc., Defendant, and hereby jointly request that the status conference

scheduled for February 27, 2008. at 9:00 a.m. be continued for thirty days, and state as follows:

1. Plaintiffs filed the instant action seeking injunctive relief pursuant to the Americans With

Disabilities Act, 42 U.S.C. Sections 12181, et seq, with respect to certain property owned and/or

managed by Defendant.

2. On January 17, 2008, this Court scheduled a status hearing for February 27, 2008.  At the

hearing, the parties are to report on the status of settlement.

3.  The parties have agreed to conduct a Rule 34 inspection of the subject premises on

February 26.  During that inspection, Plaintiffs' expert will survey the premises to determine whether

ADA violations exist and, if found, will generate a report setting forth recommendations for remedial

measures.  Based on this report, the parties will actively engage in settlement negotiations and

endeavor to reach a mutually agreeable resolution to this action.

4.  The parties therefore request that the hearing be continued for thirty days to allow them

sufficient time to determine whether a settlement can be reached.  The parties suggest that the

hearing be continued to any day between March 28 and April 4, 2008, or some other date that is

convenient for the Court.

Respectfully submitted:

Attorneys for Plaintiffs:
s/  Thomas B. Bacon
Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

and
Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091
847-271-2360
fax 847-256-3038
jlernerlaw@aol.com
Ill Bar. Id No. 1622242

Attorneys for Defendant

By: s/ John D. Silk

Alan S. Madans, Esq.
John D. Silk, Esq.
Rothschild, Barry & Myers, LLP
55 West Monroe Street
Suite 3900
Chicago, IL 60603
(312) 372-2345