## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida not for profit corporation, and BONNIE KRAMER Individually, | ) ) ) |
| | ) No. 07 CV 6351 |
| Plaintiffs, | ) |
| | ) Judge Conlon |
| v. | ) |
| | ) Magistrate Judge Ashman |
| GENERAL GROWTH PROPERTIES, INC., a Delaware corporation. | ) ) |
| | ) |
| Defendant | ) |

### NOTICE OF MOTION

To:

| | |
|---|---|
| Thomas B. Bacon, Esq. | Jonathan E. Lerner, Esq. |
| Attorney-At-Law | P.O. Box 694 |
| 1515 Grant Street | Wilmette, IL 60091 |
| Hollywood, FL 33020 | 847-271-2360 |
| ph. (954) 925-6488 | fax 847-256-3038 |
| fax (954) 237-5506 | jlernerlaw@aol.com |
| baconlaw@bellsouth.net | |

PLEASE TAKE NOTICE that on February 14, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Conlon, in Room 1743 or the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois Eastern Division, as may be sitting in her place and stead, and will then and there present the following **AGREED MOTION FOR CONTINUANCE**, a copy of which is attached hereto.

Respectfully submitted:

By:  s/   John D. Silk

Alan S. Madans, Esq.
John D. Silk, Esq.
Rothschild, Barry & Myers, LLP
55 West Monroe Street
Suite 3900
Chicago, IL 60603
(312) 372-2345

**<u>Certificate of Service</u>**

I hereby certify that a copy of the foregoing was filed and served upon the persons referenced above via the Court's CM/ECF system this 7th day of February, 2008.

s/    John D. Silk

John D. Silk, Esq.
