## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6351 | **DATE** | 2/8/2008 |
| **CASE TITLE** | DISABLED PATRIOTS OF AMERICA, INC., ET AL vs. GENERAL GROWTH PROPERTIES, INC. | | |

**DOCKET ENTRY TEXT**

On the courts own motion, report on settlement hearing set on February 27, 2008 is reset on February 28, 2008 at 9:00 a.m.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|