## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6351 | **DATE** | 2/28/2008 |
| **CASE TITLE** | DISABLED PATRIOTS OF AMERICA, INC., ET AL vs. GENERAL GROWTH PROPERTIES, INC. | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held and continued to April 8, 2008 at 9:00 a.m. Discovery cutoff and filing of dispositive motions with supporting memorandum is set on August 28, 2008. Plaintiffs' draft to be submitted to defendant by September 11, 2008. Submission of joint final pretrial order is set on September 18, 2008 at 9:00 a.m. The case is set on the October trial calender. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|