UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida not for profit corporation, and BONNIE KRAMER Individually, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL GROWTH PROPERTIES, INC., a Delaware corporation. <br><br> Defendant | ) ) ) ) ) No. 07 C 6351 ) ) Judge Conlon ) ) Magistrate Judge Ashman ) ) ) ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, through their respective attorneys that, all matters in controversy for which said action was brought having been fully settled and compromised, said action shall be dismissed with prejudice, without costs and with each party bearing its own attorneys' fees and costs.

Dated: August 8, 2008

s/John D. Silk
John D. Silk
One of the Attorneys for Defendant
Rothschild, Barry & Myers LLP
55 West Monroe Street, Suite 3900
Chicago, Illinois 60603

s/Thomas B. Bacon
Thomas B. Bacon
One of the Attorneys for Plaintiffs
1515 Grant Street
Hollywood, Florida 33020