# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6351 | **DATE** | 8/15/2008 |
| **CASE TITLE** | DISABLED PATRIOTS OF AMERICA, INC. vs. GENERAL GROWTH PROPERTIES, INC. | | |

**DOCKET ENTRY TEXT**

The parties report the case has settled. The case is dismissed pursuant to the stipulation of dismissal.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|